VANDALIA RAILROAD COMPANY v. WALKER.

[No. 6,839.    Filed April 29, 1910.]

RAILROADS.—*Fencing Rights of Way.—Statutes.*—The object of laws requiring railroad companies to fence their rights of way, is for the protection of life and property.

From Dekalb Circuit Court; *Emmet A. Bratton,* Judge.

Action by Anna Walker against the Vandalia Railroad Company. From a judgment for plaintiff, defendant appeals. *Affirmed.*

*Anderson, Parker & Crabill, J. G. Williams* and *J. E. & J. H. Rose,* for appellant.

WATSON, J.—This is an action by appellee to recover from appellant the sum of $149.02, for the expense incurred in building a fence along its right of way passing over her land.

The primary object of the legislature in enacting the law requiring railroad companies to fence their tracks, and to maintain them is for the protection of life and property. It should be adhered to by the railroads, and, if not, should be enforced by the landowners.

This is a companion case to *Vandalia R. Co.* v. *Blum* (1910), *ante,* 697. The same questions are involved here as in that case, and upon the authority of that case this one is affirmed.

Judgment affirmed with ten per cent penalty.